[No. 34845-1-I.  Division One.  April 1, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. GLENN MYRON JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-06487-6, Anthony P. Wartnik, J., entered June 6, 1994. *Affirmed* by unpublished opinion per Kennedy, A.C.J., concurred in by Coleman and Ellington, JJ.

[No. 35062-5-I.  Division One.  April 1, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. LUIS ALPHONSO MELENDREZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-02057-5, Anthony P. Wartnik, J., entered March 29, 1995. *Affirmed* by unpublished opinion per Kennedy, A.C.J., concurred in by Agid and Ellington, JJ.

[No. 35223-7-I.  Division One.  April 1, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES CHRISTOPHER CLEMMONS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-01873-2, Arthur E. Piehler, J., entered August 15, 1994. *Affirmed* by unpublished opinion per Webster, J., concurred in by Becker and Cox, JJ.

[No. 35370-5-I.  Division One.  April 1, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDREW T. MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-00927-0, Norma Smith Huggins, J., entered September 19, 1994. *Dismissed* by unpublished per curiam opinion.